# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, T.H. CAMPBELL, T.J. STINSON**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## JESSIE R. COLLINS, JR.
### LOGISTICS SPECIALIST SECOND CLASS (E-5), U.S. NAVY

### NMCCA 201600096
### GENERAL COURT-MARTIAL

**Sentence Adjudged:** 3 Sep 2015.
**Military Judge:** CAPT Robert J. Crow, JAGC, USN.
**Convening Authority:** Commander, Navy Region Southeast, Naval Air Station, Jacksonville, FL.
**Staff Judge Advocate's Recommendation:** CDR N.O. Evans, JAGC, USN.
**For Appellant:** LT David Warning, JAGC, USN.
**For Appellee:** Brian Keller, Esq.

**26 May 2016**

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court

R.H. TROIDL
Clerk of Court